**Electronically Filed
Supreme Court
SCWC-13-0003694
28-AUG-2018
10:16 AM**

SCWC-13-0003694

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ROYNES JOSEPH DURAL, II,
Respondent/Plaintiff-Appellant,

vs.

STATE OF HAWAIʻI,
Petitioner/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0003694; S.P.P. NO. 09-1-0015)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., McKenna, J.,
Circuit Judge Nacino in place of Recktenwald, C.J., recused,
Circuit Judge Crandall in place of Pollack, J., recused,
and Circuit Judge Castagnetti in place of Wilson, J., recused)

Petitioner/Defendant-Appellee State of Hawaii's application for writ of certiorari, filed on July 6, 2018, is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, August 28, 2018.

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Edwin C. Nacino

/s/ Virginia L. Crandall

/s/ Jeannette H. Castagnetti

